O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELISSA J. WEISS, | ) | Case No. CV 14-02890 DDP (AJWx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EX PARTE** |
| | ) | **APPLICATION REQUESTING EXTENSION** |
| v. | ) | **OF TIME TO RESPOND TO PLAINTIFF'S** |
| | ) | **COMPLAINT.** |
| DREAMWORKS SKG; DREAMWORKS | ) | |
| INC.; DREAMWORKS TELEVISION; | ) | [DOCKET NUMBERS 21 AND 24] |
| DREAMWORKS DISTRIBUTION; | ) | |
| DREAMWORKS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After considering the written submissions in support of and in opposition to the Ex Parte Application of Specially Appearing Non-Party Amblin' Films, Inc. Re: Lack of Service and Willingness to Execute Waiver of Service, and the records and documents on file in this case, the Court finds that there is good cause to allow Amblin' Films, Inc. an extension of time to respond to Plaintiff's First Amended Complaint.

///

///

///

1 | **IT IS HEREBY ORDERED THAT**
2 | Amblin' Films, Inc. shall have up to **thirty (30) days** from the date
3 | of entry of this Order to respond to Plaintiff Melissa Jane Weiss'
4 | operative pleading.  In addition, the APPLICATION FOR CLERK TO
5 | ENTER DEFAULT AGAINST DREAMWORKS FILED BY PLAINTIFF MELISSA J.
6 | WEISS (Docket Number 21) is denied as moot.

IT IS SO ORDERED.

Dated: September 16, 2014

DEAN D. PREGERSON
United States District Judge

2